UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert R. Matthews, )
)
    Plaintiff, )
)
v. ) Civil Action No. **09 0743**
)
Secretary of Veterans Affairs, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court on consideration of a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint because it fails to meet the minimum requirements of Rule 8 of the Federal Rules of Civil Procedure.

The factual allegations of the complaint consist of only the following words: "Fraud many hundred's judicial review error's, failure to treat's, misdiagnosis's, treatment for disability claims compensation pain and suffering[.]" Compl. at 1. The remainder of the one-paragraph complaint identifies the Secretary of Veterans Affairs ("VA"), Erik K. Shinseki, and several VA offices or sub-agencies and their addresses. *Id.* The complaint asks for no relief. *See id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a

responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Complaint fails to meet the requirements of Rule 8(a). The complaint does not make clear what conduct or decision by the VA gives rise to this complaint. It does not indicate what the plaintiff wants from this lawsuit, and it does not provide the court with enough information to determine its own jurisdiction. Accordingly, the Court will dismiss the complaint without prejudice. An appropriate order accompanies this memorandum opinion.

Date: April 14, 2009

United States District Judge